**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-003-JCM (PAL) |
| ) | 2:10-CR-039-JCM (PAL) |
| CHRISTOPHER J. BIGGERS, ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTOPHER J. BIGGERS an *in personam* criminal forfeiture money judgment in the amount of $3,950.00 in United States Currency 2:10-CR-003-JCM (PAL) and an *in personam* criminal forfeiture money judgment of $1,185.00 in United States Currency 2:10-CR-039-JCM (PAL) in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, Unites States Code, Section 2461(c).

DATED February 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on February 27, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Jason F. Carr
Assistant Federal Public Defender
411 East Bonneville Avenue, Suite #250
Las Vegas, Nevada 89101
Jason_Carr@fd.org, karen_brokew@fd.org
*Counsel for Christopher Biggers*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk